UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARINO, et al.,

               Plaintiff,

-v-

THE CITY OF NEW YORK et al.,

               Defendants.

**DECLARATION OF SERVICE**

15-CV-7484(JMF)

I, Donald Pooler, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On November 5, 2015 at approximately 12:35 PM, at 100 Church Street (Park Place entrance), New York, NY 10007, I served the following documents upon defendant CITY OF NEW YORK by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit*, Betty Mazyck, Service Window Clerk:

    a. Summons in a Civil Action,

    b. Complaint and Demand for a Jury Trial,

    c. Section 1983 Plan-compliant N.Y.C.P.L.§ 160.50[1][d] Releases for Sealed Records for Plaintiff JORMAR FARINO,

    d. Section 1983 Plan-compliant N.Y.C.P.L.§ 160.50[1][d] Releases for Sealed Records for Plaintiff MARIO BRAVO,

    e. Section 1983 Plan-compliant N.Y.C.P.L.§ 160.50[1][d] Releases for Sealed Records for Plaintiff CHRISTOPHER CARRASCO,

    f. Section 1983 Plan-compliant N.Y.C.P.L.§ 160.50[1][d] Releases for Sealed Records for Plaintiff RODRIGO ROSERO.

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| | | |
|---|---|---|
| Sex: Female | Race: Black | Hair: Black |
| Approximate Age: 60 | Approx. Height: 5'6" | Approx Weight: 185 |

Dated: New York, New York
November 5, 2015

By: *Donald Pooler* (signature)
Donald Pooler

2